IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT GENCO,<br><br>   *Plaintiff*,<br><br>v.<br><br>SEAWORLD PARKS AND ENTERTAINMENT, LLC, d/b/a SESAME PLACE<br><br>   *Defendant*. | Civil Action No. 2:20-cv-01392-JP<br><br>Hon. John R. Padova, USDJ |

## JOINT STIPULATION OF DISMISSAL

  Plaintiff Robert Genco and Defendant SeaWorld Parks and Entertainment, LLC d/b/a Sesame Place, by and through their attorneys, hereby jointly stipulate and agree that this matter is dismissed without prejudice and compelled to arbitration. The parties further stipulate and agree that by entering this stipulation the parties do not waive any claims or defenses, and specifically Defendant does not consent to arbitration as the proper forum Count II of Plaintiff's Complaint. Defendant reserves the right to file a Motion to Dismiss in arbitration on all counts, including but not limited to on the basis of improper forum as to Count II of Plaintiff's Complaint. Plaintiff shall submit the Seaworld Parks & Entertainment Request for Binding Arbitration form along with the filing fee within forty-five (45) days of the entry of this Order.

Respectfully submitted,

*/s/ David M. Koller*           */s/ Katheryn Eisenmann*
David M. Koller (PA 90119)       Katheryn Eisenmann (PA ID: 312083)

| | |
|---|---|
| KOLLER LAW, LLC | OGLETREE DEAKINS PC |
| 2043 Locust Street, Suite 1B | 1735 Market Street, Suite 3000 |
| Philadelphia, PA 19103 | Philadelphia, PA 19103 |
| 215-545-8917 (phone) | 215-995-2800 (phone) |
| davidk@kollerlawfirm.com | kate.eisenmann@ogletree.com |
| Attorney for Plaintiff | Attorneys for Defendant |

SO ORDERED ON THIS ___22___ day of July, 2020.

    /s/ John R. Padova
_____
Hon. John R. Padova, U.S.D.J.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT GENCO,<br><br>    *Plaintiff*,<br><br>v.<br><br>SEAWORLD PARKS AND ENTERTAINMENT, LLC, d/b/a SESAME PLACE<br><br>    *Defendant*. | Civil Action No. 2:20-cv-01392-JP<br><br>Hon. John R. Padova, USDJ |

### CERTIFICATE OF SERVICE

I hereby certify that, on this 15th day of July, 2020, a true and correct copy of the foregoing Joint Stipulation to Dismiss was sent to the Clerk of Court by *ecf_clerksoffice@paed.uscourts.gov* for forwarding to The Honorable John R. Padova, U.S.D.J.

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

*/s/ Katheryn Eisenmann*

*Attorney for Defendant*

43456126.1